UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 24-1538 DSD/ECW

Bruce Renault Fry,

    Plaintiff,

v.          **ORDER**

Lisa Stenseth,

    Defendant.

Based upon the findings of fact, conclusions of law, and report and recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated July 1, 2024, and all the files and records, and no objections having been filed, **IT IS HEREBY ORDERED** that:

1. The petition under 28 U.S.C. § 2254 for writ of habeas corpus [ECF No. 1] is denied;

2. The motion seeking appointed counsel [ECF No. 2] is denied as moot;

3. This action is dismissed without prejudice; and

4. No certificate of appealability shall be issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 22, 2024

        s/David S. Doty
        David S. Doty, Judge
        United States District Court